UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| LAURA BECHTEL and TROY THOENNES, <br><br> Plaintiffs, <br><br> v. <br><br> FITNESS EQUIPMENT SERVICES, LLC dba SOLE FITNESS, <br><br> Defendant. | Case No. 1:19-cv-00726 <br><br> Judge Michael R. Barrett <br><br> **Magistrate Judge Karen L. Litkovitz** |

**[PROPOSED] ORDER GRANTING A STAY AND AMENDING THE CASE SCHEDULE**

Before this Court is the Parties' Joint Motion for a Stay and to Amend the Case Schedule ("Motion"). Upon consideration and for good cause, this Court grants the Motion. Further litigation of this matter will be stayed for a period of 90 days to allow the parties to discuss settlement through mediation. The current case schedule is revoked and will be revised as necessary through further amendment if no settlement is reached.

**IT IS SO ORDERED.**

Date: October 8, 2021

_Karen L. Litkovitz_
Karen L. Litkovitz
United States Magistrate Judge