# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| **LAURA BECHTEL and TROY THOENNES,**<br><br>Plaintiffs,<br><br>v.<br><br>**FITNESS EQUIPMENT SERVICES, LLC, dba SOLE FITNESS,**<br><br>Defendant. | Case No. 1:19-cv-00726<br><br>**Magistrate Judge Karen L. Litkovitz** |

## ORDER GRANTING CLASS COUNSELS' UNOPPOSED MOTION FOR *CY PRES* DISTRIBUTION

This matter came before the Court on the unopposed motion of Class Counsel for a *cy pres* distribution of remaining funds to Consumer Reports, Inc. Having considered all papers filed, and good cause appearing therefor, it is hereby **ORDERED, ADJUDGED**, and **DECREED**:

1. The Court agrees with the Parties and Settlement Administrator that a second distribution is not economical.

2. The Court agrees that the remaining amounts in the Common Fund, $23,041.85, should be donated *cy pres* to Consumer Reports, Inc., as requested by the Parties. The Settlement Administrator is ordered to take the remaining funds and donate them to Consumer Reports, Inc.

**IT IS SO ORDERED**.

Date: 8/2/2023

Karen L. Litkovitz
United States Magistrate Judge